

ORDERED in the Southern District of Florida on April 29, 2009.

                                                                     Paul G. Hyman, Chief Judge
                                                                     United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:

FIRST NLC FINANCIAL SERVICES, LLC,                    Case No. 08-10632-BKC-PGH
et al.[1]                                                                              Chapter 7

        Debtor.
_____/
ANGELIA JOHNSON and
FRAN KRAMER, on behalf of themselves
and all others similarly situated,

        Plaintiff,                                                           Adv. Pro. No. 08-01130-PGH-A

v.

FIRST NLC FINANCIAL SERVICES and
FRIEDMAN, BILLINGS, RAMSEY GROUP, INC.,

        Defendants.
_____/

**ORDER PRELIMINARILY APPROVING SETTLEMENT OF WARN ACT CLAIMS,
CERTIFYING THE CLASS FOR PURPOSES OF SETTLEMENT, AND
SCHEDULING A FAIRNESS HEARING PURSUANT TO FEDERAL RULE OF CIVIL
<u>PROCEDURE 23(e) AND BANKRUPTCY RULE 7023(e)</u>**

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parentheses: (i) First NLC Financial Services, LLC (9970); (ii) NLC, Inc. (6550); and (iii) First NLC, Inc. (7597). First NLC Financial Services, LLC, NLC, Inc. and First NLC, Inc. are located c/o Deborah C. Menotte, Chapter 7 Trustee, 3151 Pebble Beach Drive, Lake Worth, FL 33467.

THIS MATTER came before the Court on April 28, 2009 at 9:30 a.m. upon the Joint Motion (the "Motion") submitted by the Debtors and the Plaintiffs in the above-captioned matter, for (a) an order to (i) approve the settlement agreement by and among Chapter 7 Trustee, Angelia Johnson and Fran Kramer and all other putative class members (the "Agreement"), (ii) certify a class of WARN Act claimants for settlement purposes only ("Settlement Class Members"), appoint Outten & Golden LLP as lead settlement class counsel and Brett M. Amron, P.A. as counsel to the settlement class (collectively "Settlement Class Counsel"), appoint Angelia Johnson and Fran Kramer as class representatives ("Class Representatives"), and preliminarily approve the Agreement pursuant to Bankruptcy Rule 7023, (iii) approve the form and manner of notice to Settlement Class Members of the class certification and Agreement ("Class Notice"), (iv) schedule a fairness hearing to consider final approval of the settlement including Lead Settlement Class Counsel's request for attorneys fees and expenses ("Fairness Hearing"), and (v) finally approve the Agreement pursuant to Bankruptcy Rule 7023 after the Fairness Hearing, and (b) for a second order, to be issued following the Fairness Hearing, finally approving the Agreement, including the Lead Class Counsel's request for fees and costs; and the Court having considered the Motion, the arguments of counsel and any opposition thereto; and the Court having found that proper notice of the Motion has been given and that no other future notice is required, except as set forth herein; and that the relief requested in the Motion is appropriate to resolve the significant and complex issues raised by this litigation and to avoid the burden, uncertainty, delay, expense and distraction of litigation does

    **ORDER AND ADJUDGE** as follows:

A class is certified comprised of the Plaintiffs and the other former employees of the Debtors, who (i) worked at or reported to the Debtors' Anaheim or Boca Raton Facilities and

were terminated without cause on or about November 30, 2007 or January 11, 2008, within 30 days of those dates and thereafter, and who are affected employees, within the meaning of 29 U.S.C. § 2101(a)(5) and/or the California Labor Code § 1400 et. seq. and those Settlement Class Members are listed on Exhibit A to the Agreement as amended on April 29, 2009 (D.E. # 130), and (ii) who have not filed a timely request to opt-out of the class; and it is

FURTHER ORDERED that the Class described above meets the requirements of Fed.R.Civ.P. 23; and it is

FURTHER ORDERED that Outten & Golden, LLP and Brett M. Amron, P.A., are appointed Settlement Class Counsel; and it is

FURTHER ORDERED that Plaintiffs, Angelia Johnson and Fran Kramer, are hereby appointed Class Representatives; and it is

FURTHER ORDERED that the Settlement is preliminarily approved, subject to final approval at the Fairness Hearing; and it is

FURTHER ORDERED that the Notice of Proposed Settlement of Class Action and Fairness Hearing (the "Notice") to the Settlement Class Members, substantially in the form annexed to the Motion as Exhibit B, is hereby approved; and it is

FURTHER ORDERED that on or before ten days from entry of this Order, Counsel for the Class, Outten & Golden LLP, shall cause to be served by United States Mail copies of the Notice, substantially in the form annexed to the Motion as Exhibit B, to the Settlement Class Members at their last known home address as set forth in Exhibit A to the Agreement; and it is

FURTHER ORDERED that on or before 10 days after the mailing of the Notice, Counsel for the Class, Outten & Golden LLP, will file and serve a statement under oath constituting proof of such mailing; and it is

FURTHER ORDERED that after such mailing, Class Counsel shall serve and file a sworn statement affirming compliance with this Order concerning the mailing of the Notice; and it is

FURTHER ORDERED that Class Counsel shall serve and file a sworn statement listing the names of any persons who have opted out of the Class; and it is

FURTHER ORDERED that Notice in compliance with this order is hereby found to be the best notice practicable under the circumstances and constitutes due and sufficient notice to all class members in full compliance with the notice requirements of Fed.R.Civ.P.23; and it is

FURTHER ORDERED that the deadline to (a) object to the Settlement or (b) opt-out of the Class shall be June 26, 2009 at 4:00 p.m. and any such objection or opt-out shall be in accordance with the procedures set forth in the Notice; and it is

FURTHER ORDERED that a Fairness Hearing, to consider whether the proposed settlement is fair, reasonable and adequate to the Class and to consider the award of attorneys' fees to Class Counsel, is hereby scheduled in Courtroom A for July 6, 2009 at 11:30 a.m. before Judge Hyman at the United States Bankruptcy Court for the Southern District of Florida, 1515 North Flagler Drive, Room 801, West Palm Beach, Florida 33401.

# # #

Submitted by:
René S. Roupinian
**Outten & Golden LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

Copy furnished to:
René S. Roupinian
(Attorney Roupinian is directed to serve a conformed copy of this Order upon all interested parties, and to file a Certificate of Service with the Court).