

**ORDERED in the Southern District of Florida on July 17, 2009.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:

FIRST NLC FINANCIAL SERVICES, LLC,     Case No. 08-10632-BKC-PGH
et al.[1]     Chapter 7

    Debtors.
_____/

ANGELIA JOHNSON and
FRAN KRAMER, on behalf of themselves
and all others similarly situated,

    Plaintiffs,     Adv. Pro. No. 08-01130-BKC-PGH

v.

FIRST NLC FINANCIAL SERVICES and
FRIEDMAN, BILLINGS, RAMSEY GROUP, INC.,

    Defendants.
_____/

**ORDER OF FINAL APPROVAL OF SETTLEMENT AGREEMENT RESOLVING
WARN ACT CLAIMS AND APPROVING CLASS COUNSEL'S REQUEST FOR
ATTORNEYS' FEES**

Upon the *Joint Motion for (A) an Order (I) Certifying WARN Act Class; (II) Appointing*

*Class Representatives and Class Counsel; (III) Preliminarily Approving Settlement Agreement*

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parentheses: (i) First NLC Financial Services, LLC (9970); (ii) NLC, Inc. (6550); and (iii) First NLC, Inc. (7597). First NLC Financial Services, LLC, NLC, Inc. and First NLC, Inc. are located c/o Deborah C. Menotte, Chapter 7 Trustee, 3151 Pebble Beach Drive, Lake Worth, FL 33467.

*Resolving WARN Act Claims; (IV) Approving the Form and Manner of Notice to Class Members of Proposed Settlement; and (B) an Order Finally approving the Settlement Including Class Counsel's Request for Fees and Costs Following the Fairness Hearing (the "Motion")*[2] submitted by the Plaintiffs and the Debtors; and the Court having considered the Motion, the arguments of counsel and any opposition thereto; and the Court having found that proper notice of the Motion has been given and that no other future notice is required, except as set forth herein; and that the parties have fully complied with the requirements set forth in the Order Preliminarily Approving Settlement of WARN Act Claims, Certifying the Class for Purposes of Settlement, and Scheduling a Fairness Hearing;[3] and that the relief requested in the Motion is fair, reasonable, and adequate for the reasons set forth in the Motion and the submissions by the parties; and that the relief requested by the Motion is appropriate to resolve the significant and complex issues raised by this litigation and to avoid the burden, uncertainty, delay, expense and distraction of litigation;

IT IS HEREBY ORDERED THAT:

1. The Settlement,[4] as memorialized in the Agreement, is approved in all respects. Any conflict between the Agreement, the Motion and this Order shall be resolved in favor of the Agreement.

2. The Settlement shall become binding upon the Parties, the Class and all Class Members on the Effective Date, as set forth in the Agreement.

3. Entry of this Order is without prejudice to the relief granted in this Court's *Order Granting Joint Motion for an Order (I) Certifying WARN Act Class; (II) Appointing Class*

---

[2] The parties set forth the grounds for this relief in two separate documents. The first document, which was filed on March 27, 2009 and may be found at Document Number 125, sets forth the reasons that the settlement is fair, reasonable, and adequate. The second document, which was filed on June 22, 2009, and may be found at Document Number 138, sets forth the grounds for Plaintiffs' request for fees, expenses, and incentive payments.
[3] This Order was filed on April 29, 2009 and may be found at Document Number 131.
[4] All capitalized terms used, but not defined herein, shall have the meanings set forth in the Motion.

*Representatives and Class Counsel; (III) Preliminarily Approving Settlement Agreement Resolving WARN Act Claims; (IV) Approving the Form and Manner of Notice to Class Members of the Proposed Settlement; and (V) Scheduling a Final Fairness Hearing for Approval of the Settlement* (the "First Order"), entered on April 29, 2009, [Doc. 131] and entry of this Order shall not serve to extend or stay any time for filing an appeal regarding any of the relief granted in the First Order.

4. Counsel for the Debtors shall file notice of this Order in the above-captioned Chapter 7 proceeding (the "Chapter 7 Case") and serve notice of the same on all parties requesting notice in the Chapter 7 Case pursuant to Bankruptcy Rule 2002.

5. The requirement pursuant to Local Bankruptcy Rule 9013-1(b) for the filing of a memorandum of law in support of the Motion is hereby deemed satisfied or waived.

6. This Court shall retain jurisdiction over all matters arising pursuant to or related to the relief granted by this Order.

# # #

Copy submitted by:
JAY M. SAKALO, ESQ.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131

[Attorney Sakalo is directed to serve a conformed copy of this Order to all parties in interest and file a certificate of service]

3